IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00639-LTB

JAMES HARRIS,

    Plaintiff,

v.

UNITED STATES,
UNITED STATES DEPARTMENT OF HOMELAND SECURITY,
UNITED STATES DEPARTMENT OF JUSTICE, and
UNITED STATES DEPARTMENT OF DEFENSE,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 9, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 9th day of April, 2014.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk

                    By: s/K Lyons
                        Deputy Clerk